

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:      01-17-00256-CV

Trial Court Cause
Number:      2011-21236

Style:      G. Wesley Urquhart, G. Wesley Urquhart, P.C. and Mary Elizabeth Urquhart

     v. Richard Stephen Calkins, Individually and as Agent-in-Fact, for Mary Olive Calkins, and Michael Easton

Date motion filed*:      February 14, 2019

Type of motion:      Appellant's Unopposed Motion for Extension of Time to File Response Brief

Party filing motion:      Appellants

Document to be filed:      Response to Motion for Rehearing and Rehearing En Banc

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

     Original due date:      February 19, 2019

     Number of previous extensions granted:      none

     Date Requested:      March 21, 2019

Ordered that motion is:

     ☒ Granted

         If document is to be filed, document due: **March 21, 2019**

         ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

         ☐ The Court will not grant additional motions to extend time.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐ Other: _____

Judge's signature: /s/ Justice Peter Kelly

         ☒ Acting individually      ☐ Acting for the Court

Date: February 15, 2019